# BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW

603 WARBURTON AVENUE

HASTINGS-ON-HUDSON, NEW YORK 10706

TELEPHONE NOS. (914) 478-5755 OR (914) 478-4298

TELECOPY NO. (914) 478-4142

EMAIL bms.law@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

August 13, 2007

The Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

  Re: The Annuity, Welfare and Apprenticeship Skill Improvement &
     Safety Funds of the IUOE Local 15 v. Inter-City Mechanical Corp.
     Civil Case No. 0-CIV-6546 (SAS)

     07 Civ. 6546

Dear Judge Scheindlin:

  Our office represents the Plaintiffs in the above-captioned matter. In that the Defendant has satisfied in full the amount demanded in the Complaint, please be advised that the Plaintiffs voluntarily dismiss this action with prejudice as against Defendant Inter-City Mechanical Corp. in accordance with Rule 41(a) of the Federal Rules of Civil Procedure. We respectfully request that you forward this notice to the Clerk's office for filing.

  Thank you for your attention to this matter.

              Respectfully submitted,

              James M. Steinberg (JS-3515)

Cc: Inter-City Mechanical Corp. (By Regular Mail)
   Mr. Patrick J. Keenan

So Ordered.

USDJ

8/15/07